# EXHIBIT 2

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
STATE OF FLORIDA, IN AND FOR PASCO COUNTY
CIVIL DIVISION

NANCY ANDERSON,
    Plaintiff,

v.

BRITE DENTAL CORPORATION d/b/a
CREATIVE DENTAL CARE, a Florida
Corporation; MOUHANNAD BUDEIR,
D.D.S.; FARDIN ZARE, D.D.S.;
THEODORE KIELTS, D.D.S.; and
MERCK & CO., INC.;
    Defendants.
_____/

Case No: 51-07-CA-2086-ES
Division: Y

5-14-07  1:50
E/L  Eric Ded
#336

**SUMMONS**

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

    YOU ARE COMMANDED to serve this summons and a copy of the Complaint in this action on the Defendant:

MERCK & CO., INC.
c/o CT Corporation System as its registered agent
1200 S. Pine Island Road
Plantation, FL 33324

    The Defendant is required to serve written defenses to the complaint on Plaintiff's attorney, whose name and address is:

James A. Wardell, Esquire
Wardell & Quezon, P.A.
805 W. Azeele Street
Tampa, Florida 33606
(813) 387-3333
Florida Bar No.: 868061

within 20 days after service of this Summons upon the Defendant, exclusive of the date of service, and to file the original of the written response with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

DATED ON May 4, 2007.

JED PITTMAN
As Clerk of the Circuit Court

/s/ Stacy Osborne
By:_____
    *As Deputy Clerk*