Exhibit B

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PASCO COUNTY,
CIVIL DIVISION

NANCY ANDERSON,

Petitioner.

Case No.:

_____

**PETITION FOR AUTOMATIC 90 DAY
EXTENSION OF STATUTE OF LIMITATIONS**

The Petitioner, by and through her undersigned attorney, moves the Clerk of the Court for entry of an order granting an automatic 90-day extension of the Statute of Limitations pursuant to Florida Statute 766.104(2).

DATED this _____ day of September, 2006.

JAMES A. WARDELL, ESQUIRE
WARDELL & QUEZON, P.A.
803 W. Azeele Street
Tampa, FL 33606
Telephone: (813) 387-3333
Facsimile: (813) 387-3050
Florida Bar No.: 0868061