**EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MARY ELLEN POTGIETER,           )
                                )   Case No.: 07-cv-00002-DMC-MF
        Plaintiff,              )
                                )   ORDER STAYING
v.                              )   PROCEEDINGS PENDING
                                )   TRANSFER TO MDL NO. 1789
MERCK & CO., INC.,              )
                                )
        Defendant.              )
                                )

THIS MATTER having been brought before the Court on the motion of defendant to stay proceedings pending transfer to MDL No. 1789; and the Court having considered the submissions of the parties in support of and in opposition to the motion; and for good cause having been shown:

IT IS on this 15 day of March, 2007,

ORDERED that defendant's Motion to Stay is GRANTED. This action is stayed pending a transfer decision from the Judicial Panel on Multidistrict Litigation.

Honorable Dennis M. Cavanaugh, U.S.D.J.