# EXHIBIT 9

Case 2:06-cv-00223-KS-MTP    Document 10    Filed 11/01/2006    Page 1 of 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

JENNIE PURDY, ET AL.                                        PLAINTIFFS

VERSUS                                CIVIL ACTION NO. 2:06-cv-223-KS-MTP

MERCK & COMPANY, INC., ET AL.                               DEFENDANTS

### ORDER

Pending before the Court is Merck's Motion to Stay Pending Transfer to MDL No. 1789 [7]. Additionally, Plaintiff has filed a Motion to Remand [8] thereby requiring a stay under the local rules.



IT IS, THEREFORE, ORDERED that this action is stayed pending a transfer decision from the Judicial Panel on Multidistrict Litigation, remand to state court, or further order of this court.

SO ORDERED, this the 1st day of November, 2006.

                            s/ Michael T. Parker
                            United States Magistrate Judge



EXHIBIT __6__ PAGE __8__