BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Fosamax Products Liability Litigation        MDL No. 1789

NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO-25)

COMES NOW, James A. Wardell, Attorney for Plaintiff, NANCY ANDERSON, pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, and hereby gives notice of Plaintiff's opposition to the Conditional Transfer Order (CTO-25) that was filed on June 18, 2007.

Respectfully submitted,

_____
JAMES A. WARDELL, ESQUIRE
WARDELL & QUEZON, P.A.
805 W. Azeele Street
Tampa, Florida 33606
Telephone: (813) 387-3333
Facsimile: (813) 387-3050
Florida Bar No.: 0868061
Attorney for Plaintiff Anderson

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd of July, 2007 a true and correct copy of the foregoing document has been sent by U.S. Mail to all counsel listed on the attached Involved Counsel List.

_____
JAMES A. WARDELL, ESQUIRE

# INVOLVED COUNSEL LIST (CTO-25)
## DOCKET NO. 1789
## IN RE FOSAMAX PRODUCTS LIABILITY LITIGATION

Sarah Alexandra Binder
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Robert F. Clarke
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Charles W. Cohen
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Douglas C. Emhoff
Venable, LLP
2049 Century Park East
21st Floor
Los Angeles, CA 90067

Wendi J. Frisch
Morris, Polich & Purdy, LLP
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017

Juan Carlos Garcia
Walton Lantaff Schroeder & Carson, LLP
Airport Executive Center
2203 North Lois Avenue, Suite 750
Tampa, FL 33607

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
Towson, MD 21204

Thomas Larry Hill
Moore, Hill & Westmoreland, P.A.
220 West Garden Street
Sun Trust Tower, 9th Floor
P.O. Box 13290
Pensacola, FL 32502

Katharine R. Latimer
Spriggs & Hollingsworth
1350 I Street, N.W.
9th Floor
Washington, DC 20005

Thomas Saieva
Saieva, Rousselle & Stine, P.A.
601 West Swann Avenue
Suite B
Tampa, FL 33606

Christopher A. Seeger
Seeger Weiss
One William Street
10th Floor
New York, NY 10004-2502

Terry O. Tottenham
Fulbright & Jaworski, L.L.P.
600 Congress Avenue
Suite 2400
Austin, TX 78701-2011

James D. Wetzel
Stephens Lynn Klein
La Cava Hoffman & Puya, P.A.
101 E. Kennedy Blvd., Suite 2500
Tampa, FL 33602