UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY ANDERSON,

Plaintiff,

vs.                                                          Case No. 8:07-CV-965-T-27EAJ

BRITE DENTAL CORPORATION d/b/a
CREATIVE DENTAL CARE, *et al.*,

Defendants.

_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion for Reconsideration and Motion for Consideration of Untimely Response (Dkt. 11). Upon consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Consideration of Untimely Response is **GRANTED**. Plaintiff's response to Defendant's motion to stay proceedings (Dkt. 9) has been considered by this Court.[1] Plaintiff's Motion for Reconsideration of this Court's order staying this case pending a transfer determination by the Judicial Panel on Multidistrict Litigation is **DENIED**.

**DONE AND ORDERED** in chambers this __23rd__ day of July, 2007.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

---

[1] Plaintiff's response to Defendant's motion to stay was due July 2, 2007. Without seeking an extension of time, Plaintiff filed a response on July 6, 2007. (Dkt. 9).