USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

MASTER FILE

1:06-MD-1789 (JFK)

*This Document Relates to:*

*Anderson, Nancy* 1:07-cv-09485 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Case Management Order No. 5 (Pro Hac Vice Admission) dated November 8, 2006, ANDREW R. McCUMBER, attorney for Mouhannad Budeir, D.D.S, who is a member in good standing of the Florida Bar; and whose contact information is as follows:

| | |
|---|---|
| Applicant's Name: | ANDREW R. MCCUMBER |
| Firm Name: | McCumber, Daniels, Buntz, Hartig & Puig, P.A. |
| Address: | 4830 West Kennedy Boulevard, Ste. 300 |
| City/State/Zip: | Tampa, Florida 33609 |
| Telephone/Fax: | 813-287-2822 / 813-287-2833 |
| Email Address: | amccumber@mccumberdaniels.com |

**IT IS HEREBY ORDERED** that ANDREW R. McCUMBER is admitted to practice pro hac vice as counsel for Mouhannad Budeir, D.D.S. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 15, 2008

City:

State: New York

*John F. Keenan*
United States District Judge



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )

                    In Re:   907138
                              Andrew Richard McCumber
                              McCumber Daniels Buntz Et Al, P.A.
                              4830 W. Kennedy Blvd., Ste. 300
                              Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 18, 1991.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 31st day of January, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvth4a:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

This Document Relates To All Actions

MASTER FILE

1:06-MD-1789 (JFK)

## CASE MANAGEMENT ORDER NO. 5
(Pro Hac Vice Admission)

Having conferred with the Clerk's Office, the Court revises Section 5, Paragraph 4 of Case Management Order No. 3, dated November 1, 2006. Association with local counsel and the filing of a motion for pro hac vice admission are not required. However, each counsel wishing to be admitted pro hac vice must submit the following documents to the attention of Mr. John Sacco, Training Supervisor at the United States District Court SDNY, 500 Pearl Street, New York, NY 10007:

1. a proposed order for admission pro hac vice;
2. a $25.00 check made payable to the Clerk of the Court SDNY;
3. a Certificate of Good Standing from a Federal District Court; and   *State Court*
4. a completed CM/ECF registration form for each attorney. The form is available on the Court's website at www.nysd.uscourts.gov. When completing the registration form, please omit the date of admission and bar code information. The Clerk will enter that information for you.   *ECF Firm complete halfway up until Bar C.*

All counsel admitted pro hac vice must electronically file a notice of appearance upon receiving their CM/ECF login and password.

If assistance is needed, attorneys should contact Mr. Sacco at (212) 805-0732.

SO ORDERED.

Dated: New York, New York
November 8, 2006

JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE