UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | MASTER FILE |
| FOSAMAX PRODUCTS LIABILITY LITIGATION | 1:06-MD-1789 (JFK) |

*This Document Relates to*:

*Anderson, Nancy* 1:07-cv-09485 (JFK)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that ANDREW R. MCCUMBER, ESQUIRE and the law firm of MCCUMBER, DANIELS, BUNTZ, HARTIG & PUIG, P.A., One Urban Centre, 4830 West Kennedy Boulevard, Suite 300, Tampa, Florida 33609, hereby enters this appearance as counsel for MOUHANNAD BUDEIR, D.D.S., Defendant. Please direct a copy of all pleadings filed in this cause to the undersigned, and direct any correspondence pertaining to the above-named Defendant to its counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system to **James A. Wardell, Esquire**, Wardell & Quezon, P.A., 805 W. Azeele Street, Tampa, Florida 33606 *(counsel for Plaintiff)*; **Thomas Saieva, Esquire**, Saieva, Rousselle & Stine, P.A., 601 W. Swann Avenue, Suite B, Tampa, Florida 33606 *(counsel for Brite Dental Corp. & Kielts, D.D.S.)*; **James E. Gray, Esquire, Michael B. MacWilliams, Esquire, Stephen E. Marshall, Esquire, David J. Heubeck, Esquire, Paul F. Strain, Esquire**, Venable, LLP, Two Hopkins Plaza, 1800 Mercantile Bank & Trust Bldg., Baltimore, Maryland 21201 *(counsels for Merck & Co.)*; and **Thomas Larry Hill,**

Esquire, Moore, Hill & Westmoreland, P.A., 220 Garden Street, 9th Floor, P. O. Box 13290, Pensacola, Florida 32591 *(counsel for Merck & Co.)*.

*McCUMBER, DANIELS, BUNTZ, HARTIG & PUIG, P.A.*

By: /s/ **Andrew R. McCumber**
**Andrew R. McCumber, Esquire**
Florida Bar No: 907138
4830 W. Kennedy Blvd., Suite #300
Tampa, Florida 33609
Telephone: (813) 287-2822
Facsimile: (813) 287-2833
Attorneys for Mouhannad Budeir, D.D.S