## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of April, 2008, I caused copies of the foregoing Opposition to Plaintiff's Motion To Remand Of Defendant Merck & Co., Inc. to be served via first-class mail, postage prepaid, on the following:

Wardell & Quezon, P.A.
James A. Wardell
805 W. Azeele Street
Tampa, FL 33606

Saieva, Rousselle & Stine, P.A.
Thomas Saieva
601 W. Swann Avenue
Suite B
Tampa, FL 33606

McCumber, Daniels, Buntz, Hartig & Puig, P.A.
Andrew R. McCumber
4830 West Kennedy Blvd.
Suite 300
Tampa, FL 33609

      The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

      Deponent is over the age of 18 years and not a party to this action.

      I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on April 21, 2008

                                                                                   /s/
                                                                   Julie A. Calidonio