Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION ) ) ) ──────────────────────────────── ) *This Document Relates to:* ) Nancy Anderson v. Brite Dental Corp., *et al.*: ) Case No. 1:07-cv-09485-JFK ) ──────────────────────────────── ) | MDL NO. 1789 1:06-md-1789 (JFK) |

## DECLARATION OF THEODORE V. H. MAYER

THEODORE V. H. MAYER declares as follows:

      1.    I am an attorney admitted to practice before this Court and a partner at Hughes Hubbard & Reed LLP, attorneys for Defendant Merck & Co., Inc. ("Merck"). I am familiar with the facts set forth herein. I make this declaration based on my own personal knowledge and the business records of the Firm.

      2.    I make this declaration in support of the Opposition to Plaintiff's Motion for Remand of Defendant Merck & Co., Inc.

   3. A true and correct copy of the Complaint filed in *Walla v. Merck & Co., et al.* is attached hereto as Exhibit A.

   4. A true and correct copy of the Complaint filed in *Purdy et al. v. Merck & Co., et al.* is attached hereto as Exhibit B.

   5. A true and correct copy of the Complaint filed in *Clayton v. Merck & Co., et al.* is attached hereto as Exhibit C.

   6. A true and correct copy of the decision issued in *Alshakenbeh v. Food Lion, LLC*, 2007 WL 917354 (M.D. Fla. March 23, 2007) is attached hereto as Exhibit D.

   7. A true and correct copy of the decision issued in *Barbee v. U.S.*, 2005 WL 3336504 (W.D. Wis. 2005) is attached hereto as Exhibit E.

   8. A true and correct copy of the decision issued in *In re Rezulin Prods. Liab. Litig.*, Case No. 00 Civ. 2483 (LAK), 2003 WL 21276425, (S.D.N.Y. June 2, 2003) is attached hereto as Exhibit F.

   9. A true and correct copy of the decision issued in *In re Baycol Prods. Litig.*, Case No. 03-3150, 2003 WL 23305516 (D. Minn, Dec. 15, 2003) is attached hereto as Exhibit G.

   10. A true and correct copy of the decision issued in *Spier v. Bayer Corp.*, No. 02-4835, 2003 WL 21223842 (D. Minn. May 27, 2003) is attached hereto as Exhibit H.

   11. A true and correct copy of the Memorandum Opinion and Order issued in *Omobude v. Merck & Co., Inc.*, Civil Action No. 3:03CV528LN (S.D. Miss. October 3, 2003) is attached hereto as Exhibit I.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/
Theodore V. H. Mayer

Executed this
21th day of April, 2008