USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
IN RE: Fosamax Products Liability Litigation : MDL No. 1789

1:06-md-1789 (JFK)
**Order**

---------------------------------------x
*This Document Relates to:* All Actions :
---------------------------------------x

**JOHN F. KEENAN, United States District Judge:**

Defendant Merck has requested that I hear the motion to compel which Plaintiffs filed on April 18, 2008 before Magistrate Judge Francis. The motion appears to raise discovery issues that may have a broad impact on this MDL and, therefore, I would prefer to resolve the motion. Per the parties' stipulated briefing schedule, Merck's response is due on May 12, 2008 and Plaintiff's reply is due on May 19, 2008.

**SO ORDERED.**

**Dated:** **New York, New York**
**April 24, 2008**

John F. Keenan
**JOHN F. KEENAN**
**United States District Judge**